IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3085 |
| | ) | |
| V. | ) | |
| | ) | |
| STEPHEN BAILEY, and KEITH YARBROUGH, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's memorandum and order previously filed in this matter, the above-captioned case is hereby dismissed against Defendant Keith Yarbrough without prejudice.

August 27, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge